427 P.2d 549

Charles J. CARTER, Appellant,

v.

The STATE of Arizona ex rel. Frank A. EY-
MAN, Warden, Arizona State
Prison, Appellee.

2 CA–CIV 361.

Court of Appeals of Arizona.

May 16, 1967.

Rehearing Denied June 16, 1967.

See also 5 Ariz.App. 210, 424 P.2d 858.

Charles J. Carter, in pro. per.

Darrell F. Smith, Atty. Gen., Phoenix,
for appellee.

PER CURIAM.

■■ This is an appeal from an order
of superior court, Pinal county, denying
appellant's petition for a writ of habeas
corpus. Appellant's opening brief was fil-
ed in this court February 9, 1967. Appellee
having failed to file an answering brief
within the prescribed period or request an
extension of time therefor, this court, on
its own motion, orders the appeal submit-
ted for decision. Rule 7(a) (2), Rules of
the Supreme Court, 17 A.R.S. However,
the failure to file an answering brief does
not constitute a confession of reversible er-
ror since no debatable issue is presented.

■ The allegations of the petition for
the writ of habeas corpus concerned pur-
ported errors in the conduct of appellant's
trial on charges of burglary and grand
theft. Appellant's conviction was affirm-
ed on appeal. See State v. Carter, 1 Ariz.
App. 57, 399 P.2d 191 (1965). The trial
court therefore quite properly denied the
petition as it was without jurisdiction to
review the judgment of this court in habeas
corpus proceedings. State ex rel. Ronan v.
Superior Court, 94 Ariz. 414, 385 P.2d 707
(1963) ; State ex rel. Galbraith v. Superior
Court, 22 Ariz. 452, 197 P. 537 (1921).

Order affirmed.